IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02066-WDM-KLM

KEVIN BLANKENSHIP,

    Applicant,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
JOHN W. SUTHERS, Colorado Attorney General,

    Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Miller, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. I have reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this <u>23rd</u> day of December, 2008.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              JUDGE, UNITED STATES DISTRICT COURT
                                              FOR THE DISTRICT OF COLORADO