IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02066-WDM-KLM

KEVIN BLANKENSHIP,

    Applicant,

v.

AL ESTEP, Warden, Limon Correcitonal Facility, and,
JOHN W. SUTHERS, Colorado Attorney General,

    Respondents.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Miller, Judge

    Applicant has submitted a Notice of Appeal. Applicant previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. I have examined the file and have determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, I find that this appeal is not taken in good faith because applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

    ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

    DATED at Denver, Colorado this 23 day of December, 2008.

    BY THE COURT:

    s/ Walker D. Miller

    JUDGE, UNITED STATES DISTRICT
    COURT FOR THE DISTRICT OF COLORADO